IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**BARBARA LARRUBIA,**

**Defendant.**                                                            **No. 05-CR-30226-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendant's motion seeking an order permitting defense counsel Adam Fein to obtain Defendant's St. Clair County Jail medical records. (Doc. 58.) Despite the fact that Ms. Larrubia has apparently authorized release of her records, her attorney indicates that officials at the jail will not do so absent a court order. Attorney Fein further indicates that he has entered an appearance on Defendant's behalf before the Seventh Circuit Court of Appeals.[1] (*Id.*)

The Court **GRANTS** Defendant's motion. (Doc. 58.) Officials at the St. Clair County Jail are hereby authorized to release those medical records that Ms.

---

[1] Despite the fact that Mr. Fein had filed a motion to substitute counsel with the Seventh Circuit at the time his motion was filed with this Court, the Seventh Circuit did not actually grant Mr. Fein's motion and discharge Defendant's former attorney until March 8, 2006.

Larrubia herself has authorized to be released to her attorney, Adam Fein.

**IT IS SO ORDERED**.

Signed this 15th day of March, 2006.

/s/        David RHerndon<br>**United States District Judge**